STATE *ex rel.* JOHN SOTO

*v.*

D. E. ADAMS, *Warden,* WEST VIRGINIA PENITENTIARY

(No. 12064)

Submitted August 5, 1960. Decided August 5, 1960.

592

*Frank L. Taylor, Jr.,* for relator.

*W. W. Barron,* Attorney General, *George H. Mitchell,* Assistant Attorney General, for respondent.

BROWNING, PRESIDENT:

The petitioner in the instant proceeding is one of those persons jointly indicted with Robert Vandal, see *State ex rel. Vandal v. Adams, Warden, etc.,* 145 W. Va. 566, 115 S. E. 2d 489, decided July 23, 1960, and this proceeding is controlled by the decision in that case.

*Prisoner discharged.*